■ BEATRICE BLESSING, Respondent, v. MELVIN J. BLESSING, Appellant. — Order insofar as appealed from unanimously reversed, without costs of this appeal to either party and motion denied, without costs. Memorandum: In this separation action counsel fees were awarded although the papers filed by the plaintiff wife failed to show reasonable probability of success. Such papers were vague and conclusory and showed at best, one isolated act of physical violence by the defendant. The extent and result of such act were not stated. On the subsequent trial of the action the complaint was dismissed before the allowed counsel fees were paid. Although this was not necessarily conclusive on the question of the propriety of the allowance of counsel fees, it has some significance (cf. *Polizotti* v. *Polizotti*, 305 N. Y. 176). (Appeal from part of order of Erie Special Term granting plaintiff counsel fees and directing that the trial court determine the amount of alimony.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ ANGELO J. RUDER, Respondent, v. LINCOLN ROCHESTER TRUST COMPANY, as Executor and Trustee of the Will of ERNEST L. BUTTON, Deceased, Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Genesee Special Term denying defendant's motion to dismiss the complaint and overruling defendant's objections to said complaint.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ MARY KNOTT et al., Respondents, v. WALTER WIECZERNAK, Appellant. LESTER V. KNOTT, Respondent, v. WALTER WIECZERNAK, Appellant.— Order unanimously reversed, without costs of this appeal to any party, and motion granted, without costs. Memorandum: In the exercise of proper discretion, the motion should have been granted. (Appeal from order of Erie Special Term denying motion by defendant to change the place of trial from Erie County to Herkimer County.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ LAWLESS BROS. CONTAINER CORP., Respondent, v. DALE PACKING COMPANY, INC., Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Erie Special Term denying defendant's motion to vacate plaintiff's notice to examine defendant's vice-president before trial and directing defendant to submit to such examination by appearance of said officer.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ STEPHEN SALERNO, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant, and PACIFIC FRUIT EXPRESS COMPANY, Respondent.— Order unanimously reversed, with $25 costs and disbursements and defendant's motion denied, without costs, and, in the exercise of discretion, defendant permitted to allege in its answer that it is not a person subject to the jurisdiction of the court within the meaning of section 237-a of the Civil Practice Act. In the exercise of discretion this relief should have been granted. (See *Grunder* v. *Premier Ind. Corp.*, 12 A D 2d 998.) (Appeal from order of Monroe Special Term setting aside the service of the summons and complaint on the Pacific Fruit Express Company.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.